UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00558 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| WHEAT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status/Trial Setting Hearing before Judge James Ware previously noticed for November 12, 2007 at 1:30 PM, has been reset to **November 19, 2007 at 1:30 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy