UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

**CRIMINAL MINUTES**

**Judge:** James Ware
**Date:** 11/19/2007
**Case No:** CR-07-0558 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

**TITLE**

U.S.A. v. Richard L. Wheat (NC)

**Attorney(s) for Plaintiff(s):** David Callaway
**Attorney(s) for Defendant(s):** Paul Meltzer

**PROCEEDINGS**

Status/Trial Setting

**ORDER AFTER HEARING**

Hearing Held. Defendant Wheat present and not in custody for proceedings. This is the Defendant's initial appearance before the Court. The Last Date for Trial is 1/02/2008. The Court continued this matter to January 14, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from November 19, 2007 to January 14, 2008 to accommodate potential resolution of the matter short of trial.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: