UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/4/2008
**Case No.:** CR-07-0558 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Richard L. Wheat (NC)

**Attorney(s) for Plaintiff(s):** David Callaway
**Attorney(s) for Defendant(s):** Paul Meltzer

## PROCEEDINGS

Status Hearing re Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to March 10, 2008 at 1:30 PM for a Trial Setting Hearing or Disposition Hearing. Time is excluded from February 4, 2008 through March 10, 2008 for efforts to resolve this case short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: