PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, RICHARD WHEAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00558 JW |
| Plaintiff, | ) STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON |
| vs. | ) |
| RICHARD WHEAT, | ) Date: March 10, 2008 |
| | ) Time: 1:30 PM |
| Defendant. | ) Judge: James Ware |

*[signature: James Ware]*

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the trial setting hearing in the matter of RICHARD WHEAT from March 10, 2008 at 1:30 p.m. to April 21, 2008 at 1:30 p.m. This continuance is requested due to the unavailability of counsel.

In light of these facts, the parties agree that the time between March 10, 2008 and April 21, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Wheat's counsel is currently in a two defendant ten week homicide Jury Trial in the Superior Court of Santa Cruz County, People v. Mitchell and Bell case no. F12187, which precludes his involvement in both the March 10, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between March 10, 2008 and April 21, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Richard Wheat effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Trial Setting Hearing date of March 10, 2008 at 1:30 p.m. be vacated and the matter be continued to April 21, 2008 at 1:30 p.m.

///

///

///

THE PARTIES SO STIPULATE.

Dated: February 28, 2008

UNITED STATES ATTORNEY'S OFFICE

_____  by:
DAVE CALLOWAY, A.U.S.A.

Dated: February 27, 2008

LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, RICHARD WHEAT

PROPOSED] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for March 10, 2008 be vacated and the matter be reset for April 21, 2008 at 1:30 p.m.

In light of these facts, the Court finds that the time between March 10, 2008 and April 21, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the fact that the defendant Wheat's counsel is in a two defendant ten week homicide Jury Trial in the Superior Court of Santa Cruz County, People v. Mitchell and Bell case no. F12187, which preclude his involvement in both the March 10, 2008 court appearance and meaningful participation in either resolving this case via a plea or preparing for trial between March 10, 2008 and April 21, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Richard Wheat effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated:       March 5,       2008         _____
                                         HON. JAMES WARE, DISTRICT JUDGE
                                         UNITED STATES DISTRICT COURT