**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:  4/21/2008**
**Case No.: CR-07-0558 JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: N/A**
**Interpreter:   N/A**

**TITLE**

**U.S.A. v. Richard L. Wheat (NC)**

**Attorney(s) for Plaintiff(s): David Callaway**
**Attorney(s) for Defendant(s): Paul Meltzer**

**PROCEEDINGS**

**Trial Setting or Dispositional Hearing**

**ORDER AFTER HEARING**

**Hearing Held.  Defendant present and not in custody for proceedings.  The Court continued this matter to June 23, 2008 at 1:30 PM for Setting/Disposition.  The Court anticipates a disposition or setting the case for trial at the scheduled hearing.  This is the parties' final continuance.  Time excluded from April 21, 2008 through June 23, 2008 for the parties' efforts to resolve this matter short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: