UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 23, 2008 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** CR-07-0558 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Richard L. Wheat (NC)

**Attorney(s) for Plaintiff(s):** David Callaway
**Attorney(s) for Defendant(s):** Paul Meltzer

### PROCEEDINGS

**Disposition Hearing**

### ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. The defendant entered a guilty plea as to Count One of the Information. A plea agreement was executed in open court. The Court referred this matter the Probation Office for preparation of a Presentence Investigation Report. The Court set a date for Judgment and Sentencing on September 29, 2008 at 1:30 PM.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: