PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, RICHARD WHEAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD WHEAT,<br><br>        Defendant. | No. CR 07-00558 JW<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between counsel that as a condition of pre-trial release Richard Wheat's area of travel be restricted to the continental United States.

THE PARTIES SO STIPULATE.

Dated: July 14, 2008            UNITED STATES ATTORNEY'S OFFICE

_____
DAVE CALLAWAY, A.U.S.A.

-1-
Stipulation and Order to Modify Conditions of Release