PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, RICHARD WHEAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00558 JW |
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY** |
| | ) **CONDITIONS OF PRE-TRIAL RELEASE** |
| vs. | ) |
| RICHARD WHEAT, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between counsel that as a condition of pre-trial release Richard Wheat's area of travel be restricted to the continental United States.

THE PARTIES SO STIPULATE.

Dated: July 14, 2008

UNITED STATES ATTORNEY'S OFFICE

DAVE CALLAWAY, A.U.S.A.

-1-

Stipulation and Order to Modify Conditions of Release

Dated: July _22_, 2008                    LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, RICHARD WHEAT


ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that as a condition of pre-

trial release Richard Wheat's area of travel be restricted to the continental United States.

IT IS SO ORDERED.


Dated: July _____, 2008                    _____

**RICHARD SEEBORG, MAGISTRATE**

Stipulation and Order to Modify Conditions of Release