PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, RICHARD WHEAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>RICHARD WHEAT,<br><br>   Defendant. | No. CR 07-00558 JW<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between counsel that as a condition of pre-trial release Richard Wheat's area of travel be restricted to the continental United States.

THE PARTIES SO STIPULATE.

Dated: July 14, 2008          UNITED STATES ATTORNEY'S OFFICE

                              _____
                              DAVE CALLAWAY, A.U.S.A.

-1-
Stipulation and Order to Modify Conditions of Release

Dated: July 22, 2008    LAW OFFICES OF PAUL B. MELTZER

*[signature: Paul B Meltzer]*
PAUL B. MELTZER, Attorney for
Defendant, RICHARD WHEAT

ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that as a condition of pre-trial release Richard Wheat's area of travel be restricted to the continental United States.

IT IS SO ORDERED.

Dated: ~~July~~ August 19, 2008    *[signature: Patricia V. Trumbull]*
~~RICHARD SEEBORG~~, MAGISTRATE Judge